UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

KATLYNN R.,  
        Plaintiff,

v.

LELAND DUDEK, Commissioner of Social Security,  
        Defendant.

Civil No. 24-2002 (JRT/SGE)

**ORDER**

---

Bryan Konoski, **KONOSKI & PARTNERS, P.C.,** 180 Tices Lane, Suite 204, Bldg. A, East Brunswick, NJ 08816, for plaintiff.

Chris Carillo, **SOCIAL SECURITY ADMINISTRATION,** Office of Program Litigation, Office 4, 6401 Security Blvd., Baltimore, MD 21235, for defendant.

Based upon the Report and Recommendation by United States Magistrate Judge Shannon G. Elkins dated May 12, 2025 (ECF No. 16), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. Ms. R's motion for summary judgment (ECF No. 10) is **GRANTED.**

2. The Commissioner's motion for summary judgment (ECF No. 12) is **DENIED**.

3. Ms. R's denial of claim is **VACATED**.

4. This matter is **REMANDED** to the Social Security Administration for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: June 23, 2025
at Minneapolis, Minnesota.

                                                                                                         s/John R. Tunheim
                                                                                                           JOHN R. TUNHEIM
                                                                          United States District Court
                                                                            for the District of Minnesota